UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROMAL KHAIR,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>ATTORNEY GENERAL UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Respondent. | Case No. 2:18-cv-01664-GMN-VCF<br><br>ORDER |

This *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 comes before the Court for initial review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The filing fee has been paid.

Following upon initial review, respondents will be directed to show cause why the writ should not be granted. *See* 28 U.S.C. § 2243.

IT IS THEREFORE ORDERED that the Clerk shall serve copies of the amended petition (ECF No. 8) and this order upon respondents as follows:

1. By having the United States Marshal promptly serve a copy of the petition and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure;

2. By sending a copy of the petition and this order by registered or certified mail to the Honorable Jefferson B. Sessions, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530;

3. By sending a copy of the petition and this order by registered or certified mail to the United States Department of Homeland Security, Washington, DC 20528; and

4. By having the United States Marshal promptly serve a copy of the petition and this order on the Superintendent of the Henderson Detention Center, 18 E. Basic, Henderson, NV 89015.

IT IS FURTHER ORDERED that respondents shall file and serve an answer to the second amended petition (ECF No. 8) within twenty (20) days from the date that this order is entered, unless for good cause additional time is allowed.

IT IS SO ORDERED.

DATED THIS 22 day of Oct, 2018.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE