UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROMAL KHAIR,<br><br>                      Petitioner,<br><br>  v.<br><br>ATTORNEY GENERAL UNITED STATES OF AMERICA, et al.,<br><br>                      Respondents. | Case No. 2:18-cv-01664-GMN-VCF<br><br>ORDER |

The is a *pro se* petition filed pursuant to 28 U.S.C. § 2241, alleging unconstitutional immigration detention following a final order of removal. Respondents have moved to dismiss, arguing that petitioner's removal is reasonably foreseeable. Petitioner opposed. In their reply, respondents raised a new argument: Even if removal is not reasonably foreseeable, petitioner has no viable claim because he received an individualized bond hearing in August 2018, at which time an immigration judge denied bond after determining petitioner was a flight risk. As this argument was raised for the first time in reply, petitioner has not had an opportunity to respond. The Court therefore *sua sponte* grants petitioner leave to file a sur-reply addressing this newly raised argument. Any such sur-reply shall be filed within fifteen days of the date of entry of this order.

IT IS SO ORDERED.

DATED THIS 28 day of Dec, 2018.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1