UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROMAL KHAIR,<br><br>                        Petitioner,<br>   v.<br><br>ATTORNEY GENERAL UNITED STATES OF AMERICA, et al.,<br><br>                        Respondents. | Case No. 2:18-cv-01664-GMN-VCF<br><br>ORDER |

      On January 9, 2019, Laura Barrera, from the Thomas & Mack Legal Clinic, entered a notice of appearance on petitioner's behalf. On January 11, 2019, counsel filed a motion to file an amended sur-reply. Good cause appearing, IT IS ORDERED that the motion to file an amended sur-reply (ECF No. 20) is GRANTED. The Clerk shall FILE the proposed sur-reply (ECF No. 20 at 4-12) on the docket.

      In light of the procedural posture of this case, IT IS FURTHER ORDERED that should petitioner wish to file an amended petition or seek any other appropriate relief, he may do so within twenty days from the date of this order. After that time and absent any additional filings by petitioner, the Court will proceed to consideration of the pending motion to dismiss.

      IT IS SO ORDERED.

     DATED THIS  15  day of   January  , 2019.

                                                          GLORIA M. NAVARRO<br>                                                          UNITED STATES DISTRICT JUDGE