UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROMAL KHAIR, | Case No. 2:18-cv-01664-GMN-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

Petitioner, now represented by counsel, has filed a third amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. As the third amended petition supersedes the second amended petition, the pending motion to dismiss the second amended petition (ECF No. 14) is DENIED WITHOUT PREJUDICE as moot.

Respondents shall file and serve an answer to the third amended petition (ECF No. 23) within twenty days of the date of this order, unless for good cause additional time is allowed.

IT IS SO ORDERED.

DATED THIS __5__ day of __February__, 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1