UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROMAL KHAIR, | Case No. 2:18-cv-01664-GMN-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

The stipulation of the parties to grant respondents an extension of time to file a reply in support of their motion to dismiss (ECF No. 28) is GRANTED. Respondents will have until March 19, 2019, to file their reply to petitioner's opposition to respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS 17 day of March, 2019.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1