UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROMAL KHAIR,<br><br>                               Petitioner,<br>     v.<br>ATTORNEY GENERAL UNITED STATES OF AMERICA, et al.,<br><br>                              Respondents. | Case No. 2:18-cv-01664-GMN-VCF<br><br>ORDER |

The stipulation of the parties for an extension of time (ECF No. 30) is GRANTED. Respondents will have until March 29, 2019, to file their reply to petitioner's opposition to respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS  19  day of  March , 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1